UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JUGDE DANA M. SABRRAW**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  22CR02402-DMS |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE MOTION HEARING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |
| ARMANDO SAUCEDO, | |

　　　**IT IS HEREBY ORDERED** that Mr. Saucedo Motion hearing currently scheduled for November 10, 2022, at 11:00 a.m. be continued to **January 13,2023 at 11:00 A.M.**

　　　The court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

　　　Defendant to sign and file an acknowledgement of next court date by November 10, 2022.

　　　**SO ORDERED.**

DATED:  11/07/22

**HONORABLE DANA M. SABRAW**
United States District Court Judge